**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                    In Replying Give Number
Clerk                                                                                              Of Case and Names of Parties

January 15, 2020

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **APRIL 20, 2020, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See General Order 36.*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6131 or 404-335-6141.

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #18.***

| | |
|---|---|
| 18-15295 | Aleksej Gubarey, et al. v. Buzzfeed, Inc., et al. (REVISED ARGUMENT DATE) |
| 19-10461 | Wade Gardner, et al. v. William Mutz, et al. |
| 17-15478 & 18-13220 | Regions Bank v. Marvin Kaplan, et al. |
| 19-11648 | Caradigm USA LLC v. PruittHealth, Inc. |
| 19-10553 | Tropical Paradise Resorts, LLC v. Point Conversions, LLC |
| 18-13584 & 18-14373 | Eddy Leal, P.A. v. Orlando Benitez, Jr. |
| 19-11178 | TVPX ARS, Inc. v. Genworth Life and Annuity Insurance Company |
| 19-10533 | Anthony Troutman v. Seaboard Marine of Florida, Inc., et al. |
| 18-13474 | Angel Vasquez Garcia, et al. v. U.S. Attorney General |
| 19-11258 | Savannah College of Art and Design, Inc. v. Sportswear, Inc. |
| 18-14682 | James Crocker v. Deputy Sheriff Steven Eric Beatty, et al. |
| 18-14048 | Micahael Lavigne, et al. v. Mark Addy, et al. |
| 19-10705 & 19-10722 | Sabal Trail Transmission, LLC v. 18.27 Acres of Land, et al. |