# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 19-11648

_____

District Court Docket No.
1:15-cv-02504-SCJ

CARADIGM USA LLC,

                    Plaintiff - Appellee,

versus

PRUITTHEALTH, INC.,
formerly known as UHS-Pruitt Corp.,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 10, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch